IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| v. | U.S. MAGISTRATE JUDGE |
| Fasutino Pena, | Case No: 23-mj-540 ECW |
| Defendant. | Date: June 30, 2023 |
| | Courthouse: St. Paul |
| | Courtroom: 3C |
| | Time Commenced: 1:55 p.m. |
| | Time Concluded: 1:58 p.m. |
| | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Aaron Morrison, Assistant Federal Public Defender
    X FPD         X To be appointed

X Advised of Rights

on Violation of  X Supervised Release
X Date charges or violation filed: April 18, 2023
X Current Offense: illegally possessing and unlawfully using controlled substances; failure to report to the probation officer; failure to follow the instructions of the probation officer
X **Charges from other District:**  Southern District of Texas
X Title and Code of underlying offense from other District: False Statement; 18:1001
X Case no: 7:23-cr-55

X Deft Ordered Detained.

X Detention hearing waived, and reserved for the Southern District of Texas
X Removal hearing waived
X Removal Order to be issued
X Commitment Order to another district to be issued

_____ *s/nah*
Signature of Courtroom Deputy